COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:        Hira Azhar v. Mohammad Ali Choudhri

Appellate case number:     01-20-00169-CV

Trial court case number:    2015-36895

Trial court:              312th District Court of Harris County

Jeff Joyce of Joyce & McFarland LLP has filed a motion to withdraw as counsel for appellee Mohammad Ali Choudhri and a conditional motion to continue case deadlines and reset the upcoming oral argument scheduled in this case for October 19, 2022. Joyce requests withdrawal as counsel for Choudhri because he has been unable to reach suitable financial arrangements with Choudhri regarding payment for the additional briefing and oral argument ordered by this Court on September 1, 2022. Joyce also requests a continuance, if needed, to accommodate his withdrawal and the transition to new counsel. Although Joyce requested a continuance of the case deadlines, he did not include a certificate of conference as required by Rule 10.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 10.1(a)(5) (requiring motion "in civil cases, except for motions for rehearing and en banc reconsideration, contain or be accompanied by a certificate stating that the filing party conferred, or made a reasonable attempt to confer, with all other parties about the merits of the motion and whether those parties oppose the motion"). Accordingly, we requested a response from appellant Hira Azhar, but no response was filed. We **grant** the motion to withdraw, **grant** the motion to continue case deadlines, remove the case from this Court's oral argument docket and from submission on October 19, 2022, and suspend the supplemental briefing deadlines set by the September 1 order.

Further, we **abate** the appeal to allow Choudhri to secure new counsel. Choudhri is **ordered** to file a motion to reinstate or a status report advising the Court of the status of his search for new counsel no later than **October 24, 2022**. We reserve the right to reinstate the appeal and reset this case for submission, either on the briefs or for oral argument, upon the receipt of a status report, without regard to whether Choudhri has at that time been able to secure new counsel, or in the event Choudhri fails to file a status report or motion to

reinstate as ordered. After the case is reinstated on this Court's active docket, supplemental briefing on the issues identified in this Court's September 1, 2022 order will be due—on behalf of both Azhar and Choudhri—**within 30 days** from the date of reinstatement. After receipt of the supplemental briefing, the Court will determine whether and when to reset this case for submission on the briefs or for oral argument in accordance with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 39.1, 39.7, 39.8.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Amparo Guerra
☐ Acting individually ☒ Acting for the Court*

Date: September 22, 2022

*Panel consists of Justices Kelly, Rivas-Molloy, and Guerra